BARNEY'S CLOTHES, INC., Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent. BARNEY PRESSMAN, Appellant, v. CONNECTICUT FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Order unanimously

affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.